AO 450 (Rev 5/85) Judgment in a Civil Case

# *United States District Court*

## District of North Dakota - Southeastern Division

**JUDGMENT IN A CIVIL CASE**

Michelle Hill

               v.                                 Case Number:  3:06cv4

Social Security Administration
Commissioner, JoAnne B. Barnhart,

x  **Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered. Pursuant to the Court's Memorandum and Order filed January 30, 2007,

        IT IS ORDERED AND ADJUDGED defendant's motion for summary judgment is granted and plaintiff's motion for summary is denied.  Plaintiff's cause of action and complaint is dismissed.

January 30, 2007_____           ROBERT ANSLEY_____
Date                                       Clerk

                                       */s/Sheila M. Beauchene*_____
                                       By Deputy Clerk - Sheila M. Beauchene